Dismissed and Memorandum Opinion filed November 23, 2005









Dismissed and Memorandum Opinion filed November 23,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-01075-CR

____________

 

MELVIN D.
GUILLORY, Appellant

 

V.

 

THE STATE OF
TEXAS, Appellee

 



 

On Appeal from the
185th District Court

Harris County,
Texas

Trial Court Cause No. 1033657

 



 

M E M O R A N D U M   O P I N I O N

After a jury trial, appellant was convicted of the offense of
evading arrest.  On October 13, 2005, the
trial court sentenced appellant to confinement for 180 days in the State Jail
Division of the Texas Department of Criminal Justice and assessed a $1,000
fine.  A timely motion for new trial was
filed.  On November 7, 2005, the trial
court granted the State=s motion to dismiss, in which the State consented to the
granting of the motion for new trial. 
Therefore, this appeal has been rendered moot.








Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed November 23, 2005.

Panel consists of Chief Justice
Hedges and Justices Yates and Anderson. 

Do Not Publish C Tex. R. App. P. 47.2(b).